# Court of Appeals
# of the State of Georgia

ATLANTA,  December 19, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0217.  RONNIE WILLIAMS v. HOMER BRYSON et al.**

Prisoner Ronnie Williams sought to proceed in forma pauperis in a petition for writ of mandamus against, inter alia, the Georgia Department of Corrections. On April 5, 2018, the trial court denied his request to proceed in forma pauperis and rejected the filing of the petition. Williams then filed an untimely application[1] for discretionary review, which was dismissed by this Court. See Case No. A19D0041 (dismissed August 29, 2018). In that order, we noted that to the extent that the trial court did not provide Williams with timely notice of its April 5 order, he could petition the court to set aside and re-enter the order. See id. Upon Williams' request, the trial court thereafter set aside and re-entered its order on October 9, 2018. Then on November 28, 2018, Williams filed this application. But this application is also untimely.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Williams's application was untimely filed 50 days after re-entry of

---

[1] Because he is incarcerated, Williams is required to file an application for discretionary appeal pursuant to the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq.

the order he seeks to appeal. Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  12/19/2018*
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*